UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 3 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| Gayle George, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1ᴸ 1359 |
| | ) | |
| Bank of America NA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter, brought *pro se*, is before the Court on initial review of plaintiff's application

for a temporary restraining order ("TRO"), which is accompanied by his complaint and

application for leave to proceed *in forma pauperis*. Plaintiff is a District of Columbia resident

suing the Bank of America for alleged predatory lending practices pertaining to his property

located in the District's northwest quadrant. He seeks a TRO to prevent defendant "from

foreclosing on and selling the property until and unless defendant prevails in the current

litigation." Pet. for Restraining Order at 3. Plaintiff asserts that "defendants' sale of the property

is scheduled for August 4ᵗʰ, 2010." *Id.* at 2. He has provided no supporting documentation but if

such is the case, the current motion for a TRO is moot. Accordingly, it is this 12th day of

August 2010,

ORDERED that the petition for a temporary restraining order is DENIED; it is

FURTHER ORDERED that the application to proceed *in forma pauperis* is GRANTED;

and it is

FURTHER ORDERED that the Clerk shall open this civil action and randomly assign it

to a district judge for further proceedings.

Gladys Kessler
United States District Judge