Fill out form and print 4 copies. Sign and date all copies and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of  Columbia

TO:
Bank of America N.A.
400 Countrywide Way
Simi Valley, CA 93065

Civil Action, File Number  10-1359 RMC

Gayle George

*v*

Bank of America

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within        days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within      days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

_8/25/2010_
Date of Signature

_____
Signature *(USMS Official)*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

_____
Street Number and Street Name or P.O. Box No.

Relationship to Entity/Authority to Receive

**RECEIVED**

_____
City, State and Zip Code

SEP 15 2010

Service of Process

_____
Signature

Clerk, U.S. District and
Bankruptcy Courts

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev 05/10
Automated 10/03

FT  10-1359   08/25/10

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                                    □ Agent<br>                                        □ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Nelson Hernandez |
| 1. Article Addressed to:<br>Bank of America N.A.<br>4500 Countrywide Way<br>Simi Valley, CA 93065 | D. Is delivery address different from item 1?  □ Yes<br>   If YES, enter delivery address below:  ☑ No<br><br>SIMI VALLEY CA   SEP 1 2010   MAIN OFFICE<br><br>3. Service Type<br>☑ Certified Mail   □ Express Mail<br>☑ Registered      □ Return Receipt for Merchandise<br>□ Insured Mail    □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 1140 0004 0193 2738 |
| PS Form 3811, February 2004 | Domestic Return Receipt          102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Room 1106-B
Washington, D.C. 20001