1 Gayle George
2 412 Quackenbos NW Street
3 Washington DC 20001

4                UNITED STATES DISTRICT COURT
5                     DISTRICT OF COLUMBIA
6

| | |
|---|---|
| **Gayle George** | Case # 1:10-CV-01~~539~~-RMC  1359 |
| Plaintiff, | |
| | **PETITION FOR NO ANSWER DEFAULT** |
| vs. | |
| **Bank of America** NA | Date: 4 October 2010 |
| Defendant | |

7

8                           **PARTIES**
9           PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

10   Plaintiff asks the court clerk to enter a default against defendant, as authorized by Federal
11   Rule of Civil Procedure 55.

12                          A. Introduction

13   1.   Plaintiff is: Gayle George, 412 Quackenbos NW Street Washington DC 20001, and
14   defendant is: Bank of America NA ,

15   2.   On 8/13/2010, plaintiff sued defendant for breach of fiduciary duty, fraud, fraud by
16   nondisclosure, and violations of various consumer protection laws.

17   3.   On 8/13/2010, plaintiff filed with the court an ORIGINAL COMPLAINT. On
18   9/1/2010, defendant was served with a summons and a copy of plaintiff's complaint by and
19   through US Marshall. A copy of the return of service is attached as Exhibit A. Defendant did not
20   file a responsive pleading or otherwise defend the suit.

21   4.   Plaintiff is entitled to entry of default.

## B. Argument

5. The court clerk may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *see United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996); *United States v. 51 Pieces of Real Prop. Roswell, N.M.*, 17 F.3d 1306, 1314 (10th Cir. 1994).

6. The clerk should enter a default against defendant because defendant did not file an answer within 20 days after 9/1/2010, the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i).

7. Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk as demonstrated by the executed Return of Service/Affidavit, attached as Exhibit A. Said affidavit establishes by sworn testimony of Plaintiff that Defendant failed to answer or otherwise defend the instant action within the 20 day time period allowed by law.

8. Defendant is not a minor or an incompetent person. *See* Fed. R. Civ. P. 55(b)(1).

9. Defendant is not in military service. *See* 50 U.S.C. app. §521(b)(2). An affidavit of defendant's military status is attached as Exhibit A.

10. Because defendant did not file a responsive pleading or otherwise defend the suit, defendant is not entitled to notice of entry of default. *Haw. Carpenters' Trust Funds v. Stone*, 794 F.2d 508, 512 (9th Cir. 1986); *see* Fed. R. Civ. P. 55(a).

## C. Conclusion

11. Plaintiff filed a suit against defendant in the court on the 13th day of August 2010. Defendant failed to timely answer or otherwise defend said action and, thereby, Plaintiff is entitled to judgment against defendant is all things requested by Plaintiff in the suit. For these reasons, plaintiff asks the clerk to enter a default in favor of plaintiff.

Respectfully Submitted,

Gayle George

## VERIFICATION

I, Gayle George, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

Gayle George
412 Quackenbos NW Street
Washington DC 20001

SWORN TO AND SUBSCRIBED BEFORE ME, KENNETH E. DAVIS, by Gayle George on the 05 day of OCTOBER, 2010, which witnesses my hand and seal of office.

_Kenneth E D_____
**NOTARY PUBLIC IN AND FOR**
**THE DISTRICT OF COLUMBIA**

Kenneth E. Davis
Notary Public, District of Columbia
My Commission Expires 6/30/2015

## CERTIFICATE OF SERVICE

I, Gayle George, do swear and affirm that I have served a signed copy of this Petition for No Answer Default, and Order for No Answer Default to any and all defendants by way of U.S.P.S. Certified mail # 7001 2510 0002 2693 and return receipt.

_____
Gayle George
412 Quackenbos NW Street
Washington DC 20001

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____   _____
**NOTARY PUBLIC IN AND FOR**              **Notary Seal**
**THE DISTRICT OF COLUMBIA**

Kenneth E. Davis
Notary Public, District of Columbia
My Commission Expires 6/30/2015