IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAYLE GEORGE,

      *Plaintiff*,

v.

BANK OF AMERICA, N.A.,

      *Defendant*.

Civil Action No. 1:10-cv-01359 (RMC)

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA BY DEFENDANT BANK OF AMERICA, N.A.**

    I, the undersigned, counsel of record for Bank of America, N.A., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Bank of America, N.A., which have any outstanding securities in the hands of the public.

    Bank of America, N.A. is a National Association and BANA Holding Corporation owns 100% of Bank of America, N.A.  BAC North America Holding Company owns 100% of BANA Holding Company, NB Holdings Corporation owns 100% of BAC North America Holding Company, and Bank of America Corporation owns 100% of NB Holdings Corporation.  Bank of America Corporation is a publicly-traded company, and no publicly traded corporation owns more than 10% of Bank of America Corporation.

    If the Court requires more information pertaining to Defendant's corporate structure, counsel will supplement promptly as appropriate.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: March 25, 2011               Respectfully submitted,

                                      **BANK OF AMERICA, N.A.**
                                      *By Counsel*

By:   /s/Anand V. Ramana
      Anand V. Ramana (D.C. Bar No. 489478)
      MCGUIREWOODS LLP
      2001 K Street, N.W., Suite 400
      Washington, DC 20006-1040
      Telephone: (202) 857-1728
      Facsimile: (202) 828-2973
      aramana@mcguirewoods.com
      *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of March, 2011, I caused a copy of the foregoing to be sent via U.S. mail, postage-prepaid, to:

>Gayle George
>412 Quackenbos Street, NW
>Washington, DC 20001
>*Plaintiff Pro Se*

>  /s/Anand V. Ramana
> Anand V. Ramana (D.C. Bar No. 489478)
> M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
> 2001 K Street, N.W., Suite 400
> Washington, DC  20006-1040
> Telephone:  (202) 857-1728
> Facsimile: (202) 828-2973
> aramana@mcguirewoods.com
> *Counsel for Defendant*