## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GAYLE GEORGE** | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| | ) | |
| v | ) | CASE  NO: CV-10-01359(RMC) |
| | ) | |
| **BANK OF AMERICA, N.A.** | ) | |
| Defendant | ) | |
| _____ | ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

COME NOW Plaintiff Gayle George by way of Response to the Answer herein, would respectfully show unto the court as follows:

1.     That each and every allegation contained in the Answer which is not hereinafter specifically admitted or otherwise qualified is denied, and strict proof is demanded thereof.

**Paragraph #4 (regarding Lines 12-13)**

Defendant denied that Bank of America has a principal place of business in California.

However, the Notice of foreclosure lists Defendant's address in California.

The Appointment of Substitute Trustees was notarized in California -- alleging that a "vice president" and "assistant vice president" of Bank of America are located there.

Since there is no "principal place of business in California" as Defendant had confessed, then there is a question about the validity of the Notice and substitution of trustee by the parties executing such documents.

Plaintiff is entitled to depose the signers and substituted trustees.

Defendant's denial proves beyond a doubt the fraudulent character of Defendant's foreclosure attempt.

**Paragraph #5 (regarding Lines 14-16)**

Plaintiff accepts Defendant's denial of the existence of a contract with Defendant regarding the financing of property.

RECEIVED

JUN 1 4 2011

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

**Omitted Pages**

Plaintiff admits that certain pages were omitted by mistake from the original complaint.

## AS TO THE AFFIRMATIVE DEFENSES

To the extent that a response is required, all affirmative defenses are denied.

## RESERVATION AND NONWAIVER OF DEFENSES

Plaintiff reserves the right to add any defenses as the course of discovery and investigation shall dictate.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that judgment be entered in her favor and against Defendant on all counts and that Plaintiff be awarded all costs and damages.

Respectfully Submitted on this _____ day of June, 2011.


Gayle George, Property Owner
412 Quackenbos Street, NW
Washington, DC 20011
Ph: (202) 378-8834

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this _____ day of June, 2011 to the following:

Anand V Ramana, Esq. (D.C. Bar No. 489478)
**McGuire Woods LLP**
2001 K Street, NW, Suite 400
Washington, DC 20006-1040
   *Counsel for Bank of America, N.A.*

GAYLE GEORGE